No. 667. POOLE *v.* UNITED STATES. January 15, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to

proceed further *in forma pauperis*, denied. *Mr. Burton Craige* for petitioner. *Solicitor General Biggs, Assistant Solicitor General MacLean*, and *Messrs. Will G. Beardslee, Randolph C. Shaw*, and *W. Marvin Smith* for the United States.